Halli B. Heston, Bar No. 90737
Richard G. Heston, Bar No. 90738
HESTON & HESTON, Attorneys at Law
19700 Fairchild Road, Suite 280
Irvine, California 92612-2528
(949) 222-1041
(949) 222-1043 fax
hheston@hestonlaw.com

Attorneys for David Jason Sandoval

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CONSOLIDATED ELEVATOR COMPANY, INC.<br><br>    Debtor and Debtor-in-Possession. | Case No.: 2:22-bk-15611-SK<br><br>Chapter 11<br><br>**JOINDER OF DAVID JASON SANDOVAL TO DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 18 FILED BY TRUSTEES OF NATIONAL ELEVATOR IND. BENEFIT PLANS**<br><br>Date: March 8, 2023<br>Time: 9:00 a.m.<br>Place:: Courtroom 1575<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

David Jason Sandoval, debtor in Chapter 13 case number 8:22:bk-11752-MH hereby submits his joinder to the Objection of debtor herein to Proof of Claim number 18 filed by Trustees of the National Elevator Ind. Benefit Plans on the basis that a substantially same claim is also being asserted in his Chapter 13 case.

Dated: February 7, 2023

HESTON & HESTON
Attorneys at Law

By: HALLI B. HESTON
Attorneys for David Jason Sandoval

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

19700 Fairchild Road, Suite 280
Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*):  **Joinder of David Jason Sandoval to Debtor's Objection to Proof of Claim No. 18 Filed by Trustees of National Elevator Ind. Benefit Plans** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/8/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Counsel for SBA: Elan S. Levy    elan.levey@usdoj.gov
- Counsel for US Trustee: Ron Maroko    ron.maroko@usdoj
- Counsel for Debtor: Roksana D. Moradi-Brovia    Roksana@rhmfirm.com; matt@rhmfirm.com; rosario@hrhmfirm.com; sloan@rhmfirm.com; priscilla@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; russ@rhmfirm.com
- Counsel for Elevator Union/Fund: Benjamin M. ODonnell    bodonnell@gslaw.org; ecf@gslaw.org
- Former counsel for Debtor's principal, David Sandoval: R. Gibson Pagter    gibson@ppilawyers.com; pagterandperryisaacson@jubileebk.net
- Counsel for Ally Bank: Arvind Nath Rawal    arawal@aisinfo.com
- Counsel for Debtor: Matthew D. Resnik    Matt@rhmfirm.com; Roksana@rhmfirm.com; rosario@hrhmfirm.com; sloan@rhmfirm.com; priscilla@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; russ@rhmfirm.com
- Subchapter V Trustee: Mark M. Sharf (TR)    mark@sharflaw.com; C188@ecfbis.com; sharf1000@gmail.com
- Counsel for Elevator Union/Fund: Laurie A. Trakman    lat@gslaw.org; paralegal@gslaw.org
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2/8/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Honorable Sandra R. Klein<br>United States Bankruptcy Court<br>Central District of California<br>Edward R. Roybal Federal Building<br>and Courthouse<br>255 E. Temple Street, Suite 1582 /<br>Courtroom 1575<br>Los Angeles, CA 90012 | **Address Pursuant to Amended Proof of Claim No. 18:**<br>Trustee of the Nat'l Elevator Ind. Benefit Plans<br>c/o Laurie A. Tratkman<br>Gilbert & Sackman, A Law Corp.<br>3699 Wilshire Blvd., Suite 1200<br>Los Angeles, CA 90010 | **Address of Headquarters:**<br>Trustees of the Nat'l Elevator Ind. Benefit Plans<br>Attn: Robert Betts, Executive Director<br>19 Campus Blvd., Suite 200<br>Newtown Square, PA 19073 |
|---|---|---|

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**

such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/8/2023 | Yanira Flores | /s/ Yanira Flores |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**